1122

No. 96–6898. AKAMIOKHOR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6967. SADOWSKI v. NATIONAL CREDIT UNION ADMINIS-TRATION ET AL. (two judgments). C. A. 3d Cir. Certiorari denied.

No. 96–6990. NELSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–7011. FOSTER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–7022. WASHINGTON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–7063. VALDEZ-MEJIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7089. HEATWOLE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–7186. FULLWOOD v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–7254. EMERSON v. GILMORE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 96–7273. SMITH v. PICK 'N SAVE ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–7301. WILLIAMS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–7334. SCOTT v. DIME SAVINGS BANK OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 96–7340. ROSENBALM v. DEMORALES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–7344. SHEETS v. MOORE. C. A. 6th Cir. Certiorari denied.

No. 96–7346. SAIYED v. WASHINGTON. Super. Ct. Wash., King County. Certiorari denied.